886 A.2d 630

IN THE MATTER OF DIANE K. MURRAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 009871980).

December 1, 2005.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–108, concluding that **DIANE K. MURRAY** of **JERSEY CITY,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation), *RPC* 5.3(a) and (b) (failure to supervise employees), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to: 1) practice law under supervision and meet at her office with the supervising attorney on a weekly basis for a period of three years, 2) submit monthly reconciliations of her attorney accounts to the Office of Attorney Ethics on a quarterly basis for a period of three years, 3) refrain from using a signature stamp and destroy all existing signature stamps, and 4) submit proof of her fitness to the Office of Attorney Ethics;

And **DIANE K. MURRAY** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And the Court having determined that respondent's conduct in this matter violated *RPC* 5.3(a)(b), *RPC* 1.15(d) and *Rule* 1:21–6 and that there was not clear and convincing evidence of violation of *RPC* 1.15(a);

And good cause appearing;

It is ORDERED that **DIANE K. MURRAY** is hereby reprimanded; and it is further

ORDERED that the charge of violation of *RPC* 1.15(a) is dismissed; and it is further

ORDERED that respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics and shall meet with the supervising attorney at respondent's office on a weekly basis for a period of three years and until the further Order of the Court; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of her attorney accounts prepared by a certified public accountant, said reconciliations to be submitted on a quarterly basis for a period of three years and until the further Order of the Court; and it is further

ORDERED that respondent is prohibited from using a signature stamp and she shall destroy all existing signature stamps; and it is further

ORDERED that within thirty days after the filing date of this Order, respondent shall submit proof of her fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.